

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00356-CR

| | | |
|---|---|---|
| OKEKE KAMEL ONICK AKA OKEILY KAMEL ONEIL, Appellant | § § | On Appeal from the 432nd District Court |
| | § | of Tarrant County (1477262R) |
| v. | § | May 2, 2019 |
| | § | Opinion by Justice Bassel |
| | § | |
| THE STATE OF TEXAS | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect "481.112(a), (d)" rather than "481.112(d)." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
      Justice Dabney Bassel